IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, ex rel. LARRY BERMAN, | : : : | |
| Plaintiff, | : : | Case No. 2:11-CV-008 |
| v. | : : | JUDGE ALGENON L. MARBLEY |
| PAUL LIU, *et al.*, | : : | Magistrate Judge Elizabeth Preston Deavers |
| Defendants. | : | |

## ORDER

This matter is before the Court on Defendant Lou Chodosh's Motion to Dismiss Complaint (Doc. 31). The Defendant filed this motion on April 7, 2011, three days after this Court issued an order dismissing the case pursuant to Federal Rule of Civil Procedure 41(b) (Doc. 29) and two days after the clerk's judgment was entered (Doc. 30). Because the case has been dismissed, the Defendant's motion is **DENIED AS MOOT.**

    **IT IS SO ORDERED.**

                                                     **s/Algenon L. Marbley**
                                                     **Algenon L. Marbley**
                                                     **United States District Court Judge**

**DATED: April 13, 2011**